**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| LORENZO CHALMERS, JR. | : | CIVIL ACTION |
| v. | : | |
| | : | |
| ANDREW SAUL, | : | |
| Commissioner of the Social | : | |
| Security Administration | : | NO.  20-1082 |

## JUDGMENT ORDER

**AND NOW**, this 24th day of March, 2021, it is hereby **ORDERED** that Judgment is

entered in favor of Plaintiff, Lorenzo Chalmers, Jr.

**BY THE COURT**:


   _/s/ Carol Sandra Moore Wells_____
CAROL SANDRA MOORE WELLS
United States Magistrate Judge